# EXHIBIT 3

US0D1018467S

## (12) United States Design Patent
Huang et al.

(10) Patent No.: **US D1,018,467 S**
(45) Date of Patent: ⁎⁎ **Mar. 19, 2024**

(54) **RV SURGE PROTECTOR**

(71) Applicant: **Foshan Defang Cable Co., Ltd.**, Guangdong (CN)

(72) Inventors: **Xinquan Huang**, Guangdong (CN); **Xuehui Liao**, Guangdong (CN); **Xinsheng Huang**, Guangdong (CN); **Xinxi Huang**, Guangdong (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/854,696**

(22) Filed: **Sep. 27, 2022**

(30) **Foreign Application Priority Data**

Aug. 31, 2022 (CN) .......................... 202230571329.9

(51) **LOC (14) Cl.** .............................................. **13-03**
(52) **U.S. Cl.**
USPC .................................................... **D13/137.4**
(58) **Field of Classification Search**
USPC .................. D13/137.1–137.4, 153, 160, 199
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D824,855 S | * | 8/2018 | Eshelman | D13/137.2 |
| D935,411 S | * | 11/2021 | Tao | D13/137.2 |
| D941,773 S | * | 1/2022 | Mi | D13/137.4 |
| D945,968 S | * | 3/2022 | Wang | D13/139.7 |
| D947,782 S | * | 4/2022 | Zhang | D13/139.8 |
| D951,877 S | * | 5/2022 | Li | D13/153 |
| D964,940 S | * | 9/2022 | Lin | D13/137.4 |
| D967,037 S | * | 10/2022 | Oldham, Jr. | D13/160 |
| D969,746 S | * | 11/2022 | Bowers | D13/137.2 |
| D982,521 S | * | 4/2023 | Wu | D13/137.2 |

* cited by examiner

*Primary Examiner* — Rhea Shields

(57) **CLAIM**

The ornamental design for a RV surge protector, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a RV surge protector showing our new design.
FIG. **2** is a front view of a RV surge protector.
FIG. **3** is a rear view of a RV surge protector.
FIG. **4** is a left side view of a RV surge protector.
FIG. **5** is a right side view of a RV surge protector.
FIG. **6** is a top view of a RV surge protector.
FIG. **7** is a bottom view of a RV surge protector; and,
FIG. **8** is a perspective view of a RV surge protector, shown the state of cover opened.
The broken lines in the drawings depict portions of the RV surge protector that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8