# EXHIBIT 5



Roll over image to zoom in

### Kohree RV Surge Protector 50 Amp 12000J with Waterproof Cover, Weather Resistant Surge Protector for RV Camper, All-in-1 RV Circuit Analyzer w/LED Indicators

Visit the Kohree Store

4.8 ★★★★★ ⌄    388 ratings  |  Search this page

This item cannot be shipped to your selected delivery location. Please choose a different delivery location.

Size: **50A 12000J**

- 【CIRCUIT ANALYZER】Effective way to verify whether the power source is wired correctly and to detect most wiring faults. Diagnostic LEDs on trailer surge protector provide fault indication: Power On, Open Ground, Open Neutral, Missing L1 125V, Missing L2 125V, L1 & Neutral Reversed, L2 & Neutral Reversed, No Power.
- 【12000 JOULES SURGE PROTECTION】Kohree 50 amp RV surge protector absorbs high voltage spikes within 1 ns, protecting your RV/camper and electrical systems from damage during thunderstorms.
- 【OUTDOOR POWER GUARD】IP67 waterproof design for all weather resistance. With enough inside space of 3.54" length x 2.95" width, the waterproof cover is suitable for most size of RV power plug even with a handle and keep water out on rainy days.
- 【EASY TO USE】The plug of the RV voltage protector is designed with an easy-grip handle for safe and effortless plugging and unplugging. 【Patented】The appearance of this product and the design of the plug have been patented: Patent No.: US D1,018,467 S; Patent No.: US D963,583 S.
- 【SAFE OPERATION】Composed of flame-retardant shell, high quality pure copper and heavy duty PVC, Kohree 50 amp surge protector identifies faulty power, ensures camper, RV, travel trailers' safety.

› See more product details



No featured offers available
Learn more ⌄

This item cannot be shipped to your selected delivery location. Please choose a different delivery location.

See Similar Items

⊙ Deliver to China

Add to List