IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BINGLIN ZHONG,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PARTERNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>*Defendants.* | **Civil Action No.:** 24-cv-12594<br><br>**Honorable Judge Matthew L. Kennelly**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

**DDEFENDANTS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO SUPPLEMENTAL MOTION TO VACATE TEMPORARY RESTRAINING ORDER**

Defendants ShenzhenshishenhuashukejiCo. Ltd, Kohree LLC, Shenzhenshigaodunsujiaozhipinyouxiangongsi , Shanghai Jingsun Technology Co. LTD , hu bei you yun xie ye pi ju you xian gong si , Shenzhenshixinfengdianzishangwuyouxiangongsi and Shenzhen Yisi Youle Technology Co., Ltd (collectively, "Defendants") respectfully move this Court for leave to file a Reply to Plaintiff's Response to Supplemental Motion to Vacate Temporary Restraining Order.

This Court in the hearing on March 12, 2025 directed Plaintiff to respond to the jurisdictional challenge raised in Defendants' supplemental Motion to Vacate TRO. This Court did not specifically ask for Defendants' reply. Plaintiff not only filed a response, but also filed an Amended Complaint that included new allegations based on a post-action test purchases, which has introduced additional issues that must be addressed. These issues were not presented when Defendants filed their supplements. Defendants therefore seek leave to file a Reply to respond to these new matters and

1

ensure a complete record for the Court's consideration before the hearing on March 18, 2025.

Given the urgency of this matter, and the fact that Defendants' Counsel had to work through the weekend on the reply, Defendants' Counsel has not had a chance to ask whether Plaintiff oppose this Motion.

| Date: March 17, 2025 | */s/ Shaoyi Che* |
|---|---|
| | Shaoyi Che |
| | TX# 24139843 |
| | YZ Law Firm LLP |
| | 9355 John W. Elliott Dr, Ste 25555 |
| | Frisco, TX 75033 |
| | Telephone: (717) 440-3382 |
| | che@yzlaw.com |

***Attorney for Defendants***

## CERTIFICANT OF SERVICE

I hereby certify that on March 17, 2025, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

By: */s/ Shaoyi Che*
Shaoyi Che