EXHIBIT A

 **Administrator 1 <admin@dewittyip.com>**

---

## Issued TRO for Zhong v. The Partnerships (Case No. 1:24-cv-12594)

---

**Administrator 1** <admin@dewittyip.com>                                        Fri, Apr 11, 2025 at 4:51 PM
To: "Richards, Ashley [C]" <mrichaas@amazon.com>
Cc: Neapolle Blanco <nblanco@dewittyip.com>, Robert DeWitty <rmdewitty@dewittyip.com>, Joy Ella Montenegro
<joyella@dewittyip.com>, ALIZA VALENZUELA <avalenzuela@dewittyip.com>

Hello-

Please note defendant in this case, MARSFLEX, has been dismissed per Court order.  Please release their store
immediately and dismiss them accordingly.

Yours.

Robert M. DeWitty.

[Quoted text hidden]

---

📄 **#53 Minute Entry- dismissal of Marsflex.pdf**
18K

 **Gmail**

**Administrator 1 <admin@dewittyip.com>**

---

## Issued TRO for Zhong v. The Partnerships (Case No. 1:24-cv-12594)

---

**Administrator 1** <admin@dewittyip.com>                                    Mon, Apr 14, 2025 at 4:48 PM
To: "Richards, Ashley [C]" <mrichaas@amazon.com>
Cc: Neapolle Blanco <nblanco@dewittyip.com>, Robert DeWitty <rmdewitty@dewittyip.com>, Joy Ella Montenegro
<joyella@dewittyip.com>, ALIZA VALENZUELA <avalenzuela@dewittyip.com>

Hello-

Here is the seller ID:  A1ONR3L37L7ZNI

[Quoted text hidden]

 Gmail

**Administrator 1 <admin@dewittyip.com>**

---

## Issued TRO for Zhong v. The Partnerships (Case No. 1:24-cv-12594)

Richards, Ashley [C] <mrichaas@amazon.com>                                    Mon, Apr 14, 2025 at 2:45 PM
To: Administrator 1 <admin@dewittyip.com>
Cc: Neapolle Blanco <nblanco@dewittyip.com>, Robert DeWitty <rmdewitty@dewittyip.com>, Joy Ella Montenegro
<joyella@dewittyip.com>, ALIZA VALENZUELA <avalenzuela@dewittyip.com>

Please provide the Seller ID.

Ashley S. Richards

Paralegal – Legal Operations

E: mrichaas@amazon.com

Time Zone:  Central

amazon

NOTICE:  This communication may contain privileged or other confidential information.  If you are not the intended
recipient, or believe that you have received this communication in error, please do not print, copy, transmit, disseminate,
or otherwise use the information.  Also, please indicate to the sender that you have received this email in error, and delete
the copy you received.  Thank you.

---

**From:** Administrator 1 <admin@dewittyip.com>
**Sent:** Friday, April 11, 2025 3:51 PM
**To:** Richards, Ashley [C] <mrichaas@amazon.com>
**Cc:** Neapolle Blanco <nblanco@dewittyip.com>; Robert DeWitty <rmdewitty@dewittyip.com>; Joy Ella Montenegro
<joyella@dewittyip.com>; ALIZA VALENZUELA <avalenzuela@dewittyip.com>
**Subject:** RE: [EXTERNAL] Issued TRO for Zhong v. The Partnerships (Case No. 1:24-cv-12594)

> **CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can
> confirm the sender and know the content is safe.

Hello-

[Quoted text hidden]
[Quoted text hidden]

 **Administrator 1 <admin@dewittyip.com>**

---

## Issued TRO for Zhong v. The Partnerships (Case No. 1:24-cv-12594)

**Administrator 1** <admin@dewittyip.com>                                    Mon, Apr 28, 2025 at 4:51 PM
To: "Richards, Ashley [C]" <mrichaas@amazon.com>
Cc: Neapolle Blanco <nblanco@dewittyip.com>, Robert DeWitty <rmdewitty@dewittyip.com>, Joy Ella Montenegro
<joyella@dewittyip.com>, ALIZA VALENZUELA <avalenzuela@dewittyip.com>

Ms. Richards-

I am writing again with respect to dismissing Marsflex (Store ID:  A1ONR3L37L7ZNI).  Please see attached the Court
Order relating to the release of this store.

Yours,

Robert M. DeWitty.

[Quoted text hidden]

---

📄 **#58 Minute Order.pdf**
18K

 **Gmail**

Administrator 1 <admin@dewittyip.com>

---

## Issued TRO for Zhong v. The Partnerships (Case No. 1:24-cv-12594)

---

**Administrator 1** <admin@dewittyip.com>                                        Mon, Apr 28, 2025 at 4:52 PM
To: "Richards, Ashley [C]" <mrichaas@amazon.com>
Cc: Neapolle Blanco <nblanco@dewittyip.com>, Robert DeWitty <rmdewitty@dewittyip.com>, Joy Ella Montenegro
<joyella@dewittyip.com>, ALIZA VALENZUELA <avalenzuela@dewittyip.com>

Ms. Richards-

The dismissal includes the release of any restraints and to open their respective ASINs.

Robert M. DeWitty.

[Quoted text hidden]

 **Gmail**

**Administrator 1 <admin@dewittyip.com>**

---

## Issued TRO for Zhong v. The Partnerships (Case No. 1:24-cv-12594)

---

Richards, Ashley [C] <mrichaas@amazon.com>                                      Tue, Apr 29, 2025 at 10:54 AM
To: Administrator 1 <admin@dewittyip.com>
Cc: Neapolle Blanco <nblanco@dewittyip.com>, Robert DeWitty <rmdewitty@dewittyip.com>, Joy Ella Montenegro
<joyella@dewittyip.com>, ALIZA VALENZUELA <avalenzuela@dewittyip.com>

Good Morning,

Seller A1ONR3L37L7ZNI was released on 04/16/25 for case 24-cv-12594.

Ashley S. Richards

Paralegal – Legal Operations

E: mrichaas@amazon.com

Time Zone:  Central

**amazon**

NOTICE:  This communication may contain privileged or other confidential information.  If you are not the intended
recipient, or believe that you have received this communication in error, please do not print, copy, transmit, disseminate,
or otherwise use the information.  Also, please indicate to the sender that you have received this email in error, and delete
the copy you received.  Thank you.

---

**From:** Administrator 1 <admin@dewittyip.com>
**Sent:** Monday, April 28, 2025 3:51 PM
**To:** Richards, Ashley [C] <mrichaas@amazon.com>
**Cc:** Neapolle Blanco <nblanco@dewittyip.com>; Robert DeWitty <rmdewitty@dewittyip.com>; Joy Ella Montenegro
<joyella@dewittyip.com>; ALIZA VALENZUELA <avalenzuela@dewittyip.com>
**Subject:** RE: [EXTERNAL] Issued TRO for Zhong v. The Partnerships (Case No. 1:24-cv-12594)

---

> **CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can
> confirm the sender and know the content is safe.

---

Ms. Richards-

[Quoted text hidden]
[Quoted text hidden]

 **Gmail**

Administrator 1 <admin@dewittyip.com>

---

## Urgent: ASIN Recovery Request for Zhong v. The Partnership (Case No. 1:24-cv-12594, ILND)

---

**Jianyin Liu** <jamesliulaw@gmail.com>                                                   Fri, May 2, 2025 at 5:10 PM
To: mrichaas@amazon.com
Cc: admin@dewittyip.com

Ms. Richard,

The court in the above-styled case ordered Plaintiff's counsel to notify Amazon to recover the ASIN frozen as the case was dismissed. A copy of the order is attached as below. Plaintiff's email to you/Amazon in compliance to the order is also attached here. However, the following ASINs are still frozen. We were told by Amazon if the following ASINs are not recovered, their inventories will be forcefully removed, which is valued totally at $77K or so before May 17, 2025. Can you urgently help do something to recover the ASINs below. Plaintiff's counsel is copied herein.

1. B0CXS5FTY9
2. BOD2KHHJHH
3. BOD2KKGRX
4. BOCY5GJ73S
5. BOD3T3BS48
6. BOD3SZVEDB
7. BOD3TFGCVY
8. B0CZKS3G3D

Sincerely,

Jianyin Liu, Esq.
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C,
Palmetto Bay, FL 33157
Ph: (305) 209 6188   Fax: (305) 402 5959
Email: jamesliulaw@gmail.com
Http://jamesliulaw.com

2021 Local News Report for Case-Winning in Florida South District Court
Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
"2019 Outstanding Alumni in Pro Bono Service"
as Awarded by FAMU School of Law
"Guardian of Justice of 2018"
as Awarded by Community Legal Service of Mid-Florida

---

**2 attachments**



**Plf Email to Amazon.jpg**
53K

**# 58 Order to Recover ASINs.pdf**
18K